**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-7355

_____

MARCUS LANE, SR.,

Plaintiff - Appellant,

versus

E. B. WALKER, Assistant Warden; MAJOR VAUGHAN,
Assistant Warden; P. V. DILLARD, Captain;
LIEUTENANT FERGUSON; OFFICER BANKS, K-9 Unit,
Department of Corrections,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-98-236-AM)

_____

Submitted: December 16, 1999     Decided: December 22, 1999

_____

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Marcus Lane, Sr., Appellant Pro Se. Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marcus Lane, Sr., appeals the district court's order granting Defendants' motion for summary judgment on all claims except Lane's Fourteenth Amendment equal protection claim. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>